UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AK and CK,<br><br>        Plaintiffs,<br><br>v.<br><br>BEHAVIORAL HEALTH SYSTEMS, INC.,<br>ET AL.,<br><br>        Defendants. | Case No. 3:18-cv-01238<br><br>Chief Judge Crenshaw<br>Magistrate Judge Newbern |

## ORDER

On January 4, 2019, Defendants Behavioral Health Systems, Inc. and American Family Care, Inc. Group Healthcare Plan filed a motion to dismiss. (Doc. Nos. 25, 27.) Pursuant to the order (Doc. No. 29), any response is to be filed by January 25, 2019. Any optional reply shall be filed by February 8, 2019.

Any filings made related to the motions to dismiss, including motions for extensions of time or to exceed page limits, shall be decided by Judge Crenshaw unless referred to the undersigned magistrate judge.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge