UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| A.K. and C.K., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 3:18-cv-01238 |
| v. ) | |
| ) | Chief Judge Waverly D. Crenshaw, Jr. |
| BEHAVIORAL HEALTH SYSTEMS, INC., ) | |
| BLUE CROSS BLUE SHIELD OF ALABAMA, ) | Magistrate Judge Alistair Newbern |
| INC., and AMERICAN FAMILY CARE, INC. ) | |
| GROUP HEALTHCARE PLAN, ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION TO EXTEND CASE DEADLINES

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 6.01(a), the parties move jointly for a two-week extension of the deadlines set in the Court's July 31, 2019 Order (Dkt. No. 47). No parties oppose the requested extension. The grounds and good cause for this motion are as follows:

1.  On July 31, 2019, the Court issued an Order providing that "Defendants shall file the administrative record in this proceeding by September 27, 2019," "Plaintiffs may file any objections to the administrative record and make any motion for discovery by November 12, 2019," and "Defendants may file any response to Plaintiffs' filing by December 12, 2019." Order at 1.

2.  The Court's Order also provided that, before September 27, 2019, "Defendants shall provide a copy of the proposed administrative record to Plaintiffs' counsel for his review" and "[c]ounsel shall meet and confer in an attempt to resolve any objections regarding the scope of the administrative record before it is filed." *Id.*

3. On September 13, 2019, counsel for Defendant Behavioral Health Systems, Inc. emailed a copy of the proposed administrative record to counsel for Plaintiffs and the other Defendants.

4. Since then, counsel for one of the parties suffered the death of a close family member.

5. To provide counsel sufficient time to address necessary family matters, as well as to review the proposed administrative record, the parties jointly request that the Court extend certain case deadlines, as follows:

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Defendants' Deadline to File Administrative Record | September 27, 2019 | October 11, 2019 |
| Plaintiffs' Deadline to File Objections and/or Motion for Discovery | November 12, 2019 | November 25, 2019 |
| Defendants' Deadline to Respond to Plaintiffs' Filing(s) | December 12, 2019 | December 23, 2019 |

6. Defendants have not previously requested an extension of these deadlines.

7. This motion is made in good faith and not for any improper purpose, and there will be no prejudice to any party if the requested extension of time is granted.

8. Pursuant to Local Rule 7.01(a)(1), the undersigned counsel states that the parties have conferred by email and no party opposes the requested extension.

For the foregoing reasons, the parties respectfully request that the Court extend case deadlines as proposed in paragraph 5 above.